# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
                              Appellant,
vs.
THE STATE OF NEVADA,
                              Respondent.

No. 70308



**FILED**

JUL 07 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from purported decisions denying a postconviction petition for a writ of habeas corpus and a petition for writ of mandamus. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

No decision, oral or written, had been made on the petitions when appellant filed his notice of appeal on April 27, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Douglas                              Gibbons

16-21202

cc: Hon. Douglas Smith, District Judge
Abdul Howard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk